# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DURAN and PAULA ZEPEDA de DURAN aka PAULA ZEPEDA,<br><br>          Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>          Defendants. | **CASE NO.: 2:21-cv-08062-SVW-JC**<br>(Removed from California Superior Court, Los Angeles County – Case No. 21STCV32442)<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER**<br><br>(Filed concurrently with Stipulation and Protective Order]<br><br>Action Filed: September 1, 2021<br>Trial:        April 12, 2022 |

The Court, after having fully considered the Parties' Stipulation and Protective Order (Docket No. 15) ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation.

DATED: January 5, 2022

                                                        /s/
                                      HON. JACQUELINE CHOOLJIAN
                                      United States Magistrate Judge