JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS DURAN and PAULA ZEPEDA de DURAN aka PAULA ZEPEDA,**<br><br>        Plaintiffs,<br><br>v.<br><br>**FCA US, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>        Defendants. | Case No.  2:21-cv-08062-SVW-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH   PREJUDICE AND RETENTION BY THE COURT TO ENFORCE SETTLEMENT AND HEAR PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES, COSTS AND EXPENSES** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION

1

## ORDER

2       Based upon the stipulation of the parties, and good cause appearing

3 therefore, IT IS HEREBY ORDERED:

4         The entire action is hereby dismissed with prejudice; and

5 The Court will retain jurisdiction for hearing Plaintiffs' motions for

6 attorneys' fees, costs and expenses.

7

8 IT IS SO ORDERED.

9

DATED: July 18, 2022

10                                   Honorable Stephen V. Wilson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION